BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EUGENE CURTIS MATHEWS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-01947-EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME |

    The parties, through their respective counsel, subject to the approval of the Court, stipulate that Defendant shall have a 30-day extension of time to file her responsive pleading, making it due on or by April 5, 2015.  This is Defendant's first request for an extension of time.  Plaintiff's counsel does not oppose the

///

1

additional time, and agrees that all subsequent deadlines in the scheduling order should be extended by 30 days.

Respectfully submitted,

Dated:  February 25, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  February 25, 2015    By:    /s/ Jonathan O. Peña*
JONATHAN O. PEÑA
Attorney for Plaintiff Eugene Mathews
*(\*By email authorization on 0225\*/15)*

**IT IS SO ORDERED.**

Dated:  March 5, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE