UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. MATHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No.  2:14-cv-1947-EFB |

## JOINT STIPULATION FOR ATTORNEY FEES UNDER THE EAJA

It is hereby stipulated by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees in the amount of Five Thousand One Hundred Dollars and 00/100 ($5,100.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 USC §2412(d).

The Court shall order that the awarded attorney fees be made payable to Plaintiff, Eugene Mathews, and delivered to the business address of Plaintiff's counsel.

EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. §3716(c)(3)(B) (2006)). *See Astrue v. Ratliff*, 130 S.CT 2521, 2528-29 (2010). If it is determined upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is

subject to offset under the Treasury Offset Program, fees will be made payable to Plaintiff and delivered to Karl E. Osterhout, Esquire.

This stipulation constitutes a compromise settlement of Plaintiff's request for attorney fees under the EAJA, and does not constitute an admission of liability on the part of the Commissioner under the EAJA. Payment of the aforementioned attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to attorney fees under the EAJA in connection with his action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 USC §406, subject to the provisions of the EAJA.

Respectfully submitted,

June 8, 2016  
DATED

/s/ Karl E. Osterhout  
Karl E. Osterhout, Esq.  
Osterhout Disability Law, LLC  
521 Cedar Way, Suite 200  
Oakmont, PA 15139  
Phone: 412-794-8003  
karl@mydisabilityattorney.com  
PA Bar ID: 49658  
Attorney for Plaintiff, Kelly Arlene Turner

June 8, 2016  
DATED

/s/ Jonathan O. Peña  
JONATHAN O. PEÑA, ESQUIRE  
Jonathan O. Peña, Esq.  
The Law Office of Jonathan O. Peña  
5740 N. Palm Avenue, Suite 103  
Fresno, CA 93704  
Phone: 559-412-5390  
info@jonathanpena.com  
CA BAR ID # 278044  
Attorney for Plaintiff, Kelly Arlene Turner

Page 2- Joint Stipulation for Attorney Fees Under the EAJA

| | |
|---|---|
| 6/9/16 | /s/ Donna W. Anderson |
| DATED | DONNA W. ANDERSON, ESQUIRE |
| | Special Assistant Office of General Counsel |
| | SSA, OGC |
| | 160 Spear Street, Suite 800 |
| | San Francisco, CA 94105-2116 |
| | 415-977-8930 |
| | Fax: 415-744-0134 |
| | donna.w.anderson@ssa.gov |

SO ORDERED.

DATED:  June 13, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Page 3- Joint Stipulation for Attorney Fees Under the EAJA